1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LINDA FALLICA and
CHERI WOODS

        Plaintiff(s),

   vs.

CoxCom, LLC

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:24-cv-02222-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Paul Karl Lukacs_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Hattis & Lukacs_____
                                (firm name)

with offices at _____11711 SE 8th Street, Suite 120_____,
                          (street address)

_____Bellevue_____, _____Washington_____, _____98005_____,
      (city)              (state)         (zip code)

_____1-310-773-4575_____, _____pkl@hattislaw.com_____.
(area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs Linda Fallica and Cheri Woods_____ to provide legal representation in connection with
             [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____12/7/1998_____, Petitioner has been and presently is a
                           (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington State | 2/13/2020 | 56093 |
| U.S. Court of Appeals For The Ninth Circuit | 12/07/1998 | n.a. |
| U.S. Northern District of California | 12/07/1998 | n.a. |
| U.S. Central District of California | 11/5/1999 | n.a. |
| U.S. Supreme Court | 4/3/2006 | 258961 |
| U.S. Eastern District of California | 9/11/2015 | n.a. |
| (see Attachment for additional admissions) | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
California State Bar
Washington State Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                               Petitioner's signature

   STATE OF _____California_____ )

5                                     )

   COUNTY OF _____Los Angeles_____ )

6

7  _____Paul Karl Lukacs_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          _____
                                                               Petitioner's signature

10  Subscribed and sworn to before me this

11  _10ᵗʰ_ day of _December_, _2024_.

12                                                          ┌─────────────────────────────┐
                                                            │  ANNA RUBEL                  │
                                                            │  Notary Public - California  │
13  _____                    │  Los Angeles County          │
        Notary Public or Clerk of Court                     │  Commission # 2384566        │
                                                            │  My Comm. Expires Dec 23, 2025│
14                                                          └─────────────────────────────┘

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____Malik Waqar Ahmad_____,
                                                                                  (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____8465 West Sahara Avenue, Suite 111_____,
                              (street address)

24  _____Las Vegas_____, _____Nevada_____, __89117__,

25       (city)                  (state)           (zip code)

26  ____(702) 270-9100____, ____malik@lasvegaslawgroup.com____.
       (area code + telephone number)            (Email address)

27

28                                    4                                    Rev. 5/16

Zoho Sign Document ID: 2A6F09F7-XTASNVICGEKCQMCUF5NJJOVSUOKCXII0QNRVXSH50YW

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Malik Waqar Ahmad_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Linda Fallica*
(party's signature)

Linda Fallica, Plaintiff
(type or print party name, title)

*Cheri Woods*
(party's signature)

Cheri Woods, Plaintiff
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Malik Ahmad*
Designated Resident Nevada Counsel's signature

10305                              malik@lasvegaslawgroup.com
Bar number                        Email address

APPROVED:

Dated: this 17th day of ___December___, 20 24.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16