Malik W. Ahmad, Esq. (NV Bar No. 10305)
LAW OFFICE OF MALIK W. AHMAD
8465 West Sahara Ave, Suite 111
Las Vegas, NV 89117
Telephone: (702) 270-9100
Email: malik@lasvegaslawgroup.com

Daniel M. Hattis*
Paul Karl Lukacs*
HATTIS & LUKACS
11711 SE 8th St, Ste 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

Stephen P. DeNittis, Esq.**
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Email: sdenittis@denittislaw.com

* Pro Hac Vice Petition Pending
** Pro Hac Vice Petition To Be Submitted

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

**SOUTHERN DIVISION**

| | |
|---|---|
| Linda Fallica; and Cheri Woods, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoxCom, LLC,<br><br>Defendant. | Case No. 2:24-cv-02222-APG-BNW<br><br>**PLAINTIFFS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE PRO HAC VICE PETITION OF STEPHEN DENITTIS, ESQ.** |

1

**PLAINTIFFS' EX PARTE MOTION FOR EXTENSION OF TIME**
**TO FILE PRO HAC VICE PETITION OF STEPHEN DENITTIS, ESQ.**

WHEREAS, on December 2, 2024, this Court issued a Notice To Counsel Pursuant To Local Rule I.A. 11-2 (Dkt. 5) ordering out-of-state plaintiffs' counsel Daniel M. Hattis, Paul Karl Lukacs and Stephen DeNittis to each file a Verified Petition And Designation of Local Counsel by today (Monday, December 16, 2024);

WHEREAS, a Verified Petition And Designation of Local Counsel was timely filed today by out-of-state plaintiffs' counsel Daniel M. Hattis (Dkt. 10) and Paul Karl Lukacs (Dkt. 9);

WHEREAS, out-of-state plaintiffs' counsel Stephen DeNittis requires additional time to obtain the good standing certificates from each of the states in which he is licensed;

WHEREAS, plaintiffs' counsel have shown diligence in timely filing two out of the three requested Verified Petitions;

WHEREAS, this motion is being submitted *ex parte* because counsel for defendant has not yet appeared in this civil action;

NOW, THEREFORE, plaintiffs respectfully request that this Court extend the deadline ordered by the Notice To Counsel Pursuant To Local Rule I.A. 11-2 (Dkt. 5) an additional ten (10) calendar days to and including Thursday, December 26, 2024, with regard to out-of-state plaintiffs' counsel Stephen DeNittis.

Date: December 16, 2024         Presented by:

                                LAW OFFICE OF MALIK W. AHMAD

                                By:  /s/ Malik W. Ahmad
                                Malik W. Ahmad, Esq. (NV Bar No. 10305)
                                LAW OFFICE OF MALIK W. AHMAD
                                8465 West Sahara Ave, Suite 111
                                Las Vegas, NV 89117
                                Telephone: (702) 270-9100
                                Email: malik@lasvegaslawgroup.com

                                Daniel M. Hattis*
                                Paul Karl Lukacs*
                                HATTIS & LUKACS
                                11711 SE 8th St, Ste 120
                                Bellevue, WA 98005

2

Telephone: (425) 233-8650
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

Stephen P. DeNittis, Esq.**
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Email: sdenittis@denittislaw.com

\* Pro Hac Vice Petition Pending
\*\* Pro Hac Vice Petition To Be Submitted

*Attorneys for Plaintiffs and the Proposed Class*

**ORDER**

IT IS SO ORDERED:

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2024

3