**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
NV Bar No. 7332
GABRIEL A. BLUMBERG
NV Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel:   702-550-4400
Fax:   844-670-6009
Email:  MFeder@dickinsonwright.com
Email:  GBlumberg@dickinsonwright.com

**BLANK ROME LLP**
EVAN H. LECHTMAN
PA Bar No. 89845
(*pro hac vice forthcoming*)
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Telephone:  215-569-5367
Facsimile:   215-832-5367
Email: evan.lechtman@blankrome.com

**BLANK ROME LLP**
ANDREW T. HAMBELTON
NY Bar No. 4835419
*(pro hac vice forthcoming)*
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212-885-5000
Facsimile: 212-885-5001
Email: andrew.hambelton@blankrome.com

*Attorneys for Defendant CoxCom, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Linda Fallica; and Cheri Woods, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoxCom, LLC,<br><br>Defendant. | Case No. 2:24-02222-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COXCOM, LLC TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**(FIRST REQUEST)** |

1

1  IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Linda Fallica and Cheri
2  Woods ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant
3  CoxCom, LLC ("Defendant"), by and through their respective counsel and pending the Court's
4  approval, that Defendant shall have until February 3, 2025 to answer, move or otherwise respond
5  to the Complaint (ECF No. 3).  Defendant's current response deadline is December 21, 2024.
6  Good cause exists for the extension set forth herein.  Defense counsel only recently were
7  retained in this matter and ask for additional time to review Plaintiffs' allegations and assess the
8  proper response to the allegations.
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

This is the first request for an extension of time for Defendant to respond to the Complaint. This request is made in good faith and is not intended for purposes of delay.

| | |
|---|---|
| Dated: December 20, 2024. | Dated: December 20, 2024. |
| LAW OFFICE OF MAILK W. AHMAD | DICKINSON WRIGHT PLLC |
| /s/ *Malik W. Ahmad* <br> Malik W. Ahmad <br> NV Bar No. 10305 <br> 8465 West Sahara Ave., Suite 111 <br> Las Vegas, NV 89117 | /s/ *Michael N. Feder* <br> Michael N. Feder <br> NV Bar No. 7332 <br> Gabriel A. Blumberg <br> NV Bar No. 12332 <br> 3883 Howard Hughes Parkway, Suite 800 <br> Las Vegas, NV 89169 |
| HATTIS & LUKACS <br> Daniel M. Hattis <br> WA Bar No. 23214 <br> (*pro hac vice forthcoming*) <br> Paul Karl Lukacs <br> WA Bar No. 197007 <br> (*pro hac vice forthcoming*) <br> 11711 SE 8th Street, Ste. 120 <br> Bellevue, Washington 98005 | BLANK ROME LLP <br> Evan H. Lechtman <br> PA Bar No. 89845 <br> (*pro hac vice forthcoming*) <br> One Logan Square <br> 130 North 18th Street <br> Philadelphia, PA 9103 |
| DENITTIS OSEFCHEN PRINCE, P.C <br> Stephen P. DeNittis <br> NJ Bar No. 031981997 <br> (*pro hac vice forthcoming*) <br> 5 Greentree Centre, Suite 410 <br> 525 Route 73 N. <br> Marlton, New Jersey 08057 | Andrew T. Hambelton <br> NY Bar No. 4835419 <br> (*pro hac vice forthcoming*) <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> <br> *Attorneys for CoxCom, LLC* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2024



3