Daniel M. Hattis
(admitted *pro hac vice*)
**HATTIS & LUKACS**
11711 SE 8th Street, Street 120
Bellevue, Washington 98005
Tel.:    (425) 233-8650
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

[additional counsel listed under signature line]

*Attorneys for Plaintiffs and the Proposed Class*

**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
NV Bar No. 7332
GABRIEL A. BLUMBERG
NV Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel:    702-550-4400
Fax:    844-670-6009
Email:  MFeder@dickinsonwright.com
Email:  GBlumberg@dickinsonwright.com

[additional counsel listed under signature line]

*Attorneys for Defendant CoxCom, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Linda Fallica and Cheri Woods, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CoxCom, LLC,<br><br>                    Defendant. | Case No. 2:24-cv-02222-APG-BNW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by and between the undersigned counsel of record for all parties that:

(a) Plaintiffs Linda Fallica and Cheri Woods ("Plaintiffs") hereby dismiss **with prejudice** the above referenced action and the claims asserted therein to the extent Plaintiffs allege the operative Complaint (Dkt. 3) in their individual or personal capacities;

(b) Plaintiffs hereby dismiss **without prejudice** the Complaint to the extent that Plaintiffs allege the Complaint in their capacities as a proposed representative of a putative class;

(c) Pursuant to Fed.R.Civ.P. 23(e), the parties provide and serve notice that a class has _not_ been certified in this action and that _no_ class has been proposed to be certified for purposes of settlement in this action;

(d) The parties have agreed that each side shall bear its own costs and attorneys' fees; and

(e) This stipulation may be filed with the Clerk of the Court without further notice.

DATED:        March 30, 2026

 /s/ *Daniel M. Hattis, Esquire*
Daniel M. Hattis (admitted *pro hac vice*)
Paul Karl Lukacs (admitted *pro hac vice*)
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, Washington 98005
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Telephone: (425) 233-8650

Stephen P. DeNittis (admitted *pro hac vice*)
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
Email: sdenittis@denittislaw.com

Malik W. Ahmad (NV Bar No. 10305)
LAW OFFICE OF MALIK W. AHMAD
8465 West Sahara Ave, Suite 111
Las Vegas, Nevada 89117
*Counsel for Plaintiffs*

 /s/ *Evan H. Lechtman, Esquire*
Evan H. Lechtman (admitted *pro hac vice*)
Andrew T. Hambelton (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Email: evan.lechtman@blankrome.com
Email: andrew.hambelton@blankrome.com
Telephone: (215) 569-5500

Michael N. Feder (NV Bar No. 7332)
Gabriel A. Blumberg (NV Bar No. 12332)
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Email: mfeder@dickinsonwright.com
Email: gblumberg@dickinsonwright.com
Telephone: (702) 550-4400

*Counsel for Defendant CoxCom, LLC*

IT IS SO ORDERED:

Dated: ___March 31, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE